# United States District Court
# for the District of Rhode Island

| | | |
|---|---|---|
| MAUREEN L. BEAUVAIS | : | |
| | : | |
| v. | : | Case No.: 04- 403 T |
| | : | |
| CITIZENS FINANCIAL GROUP, INC. And LIBERTY LIFE ASSURANCE COMPANY OF BOSTON | : | |

## COMPLAINT

1. Plaintiff, Maureen L. Beauvais, is an employee of Citizens Trust Company, (hereinafter "Citizens Bank"), and is a resident of the City of Pawtucket, County of Providence, State of Rhode Island.

2. Defendant, Citizens Financial Group, Inc. is the plan administrator of Citizens Trust Company's Short-Term Disability Plan and Long-Term Disability Plan, which are the respective plans for Citizens Bank employees.

3. Defendant, Liberty Life Assurance Company of Boston (hereinafter "Liberty Mutual"), is the Claims Administrator of the Citizens Financial Group, Inc. Short-Term and Long-Term Disability Plans.

4. Plaintiff is employed as an Assistant Vice President of the Loan Processing Department of Citizens Bank.

5. On or about February 23, 2003, Plaintiff was out of work for surgery for a thyroid problem.

6. On or about February 25, 2003, Plaintiff was eligible for and began receiving short-term disability benefits from the Citizens Financial Group, Inc.'s Short-Term Disability Plan.

7. On July 29, 2003, Defendant, Liberty Mutual, notified Plaintiff, by mail, that her Short-Term Disability Claim was closed effective June 14, 2003 because she did not meet the definition of disability pursuant to the Citizens Financial Group, Inc.'s Short-Term Disability Benefits Plan.

8. On July 29, 2003, Defendant, Liberty Mutual, notified Plaintiff, by mail, that Plaintiff was not eligible for benefits under the Citizens Financial Group, Inc.'s Long-Term Disability Benefits Policy.

9. Plaintiff appealed the denial of both her Short-Term Disability Benefits and her Long-Term Disability Benefits to a representative of Liberty Mutual.

10. Plaintiff filed an application for Social Security Disability Benefits with Social Security on or about September 2003.

11. On or about January 2, 2004, Plaintiff sent a written update to a representative of Liberty Mutual regarding her current condition.

12. On March 18, 2004, a representative of Citizens Bank sent Plaintiff a letter notifying her that Defendant, Liberty Mutual, recommended denial of her benefits after June 13, 2003.

13. Plaintiff requested an additional review of her Short-Term Disability and Long-Term Disability claims to Citizens Bank.

14. On April 15, 2004, a representative of Citizens Bank notified Plaintiff that Liberty Mutual would perform a second review of new medical information provided to them by Plaintiff.

15. On May 6, 2004, Plaintiff was notified by letter from a representative of Citizens Bank that Defendant, Liberty Mutual, had recommended that the denial of benefits for Plaintiff be maintained.

16. On June 9, 2004, Plaintiff was notified, by the Social Security Administration, that she was entitled to monthly Social Security disability benefits commencing August of 2003. Social Security found that Plaintiff became disabled pursuant to their rules on February 20, 2003.

17. Defendants, Citizens Financial Group, Inc. and Liberty Mutual, have unlawfully denied Plaintiff Short-Term and Long-Term Disability Benefits pursuant to the terms of the Citizens Financial Group, Inc.'s Short-Term and Long-Term Disability Plans.

18. Defendants, Citizens Financial Group, Inc. and Liberty Mutual, have unlawfully interfered with Plaintiff's right to receive benefits under the Citizens Financial Group, Inc.'s Short-Term and Long-Term Disability Plans.

***WHEREFORE,*** Plaintiff, Maureen L. Beauvais, respectfully requests that pursuant to 29 U.S.C. §1132, this Honorable Court (1) enforce her rights under the above-mentioned Plans; (2) award her any and all benefits due under said Plans; (3) that Plaintiff be awarded interest, costs and attorney's fees; and (4) such other and further relief as this Honorable Court may see fit to award.

MAUREEN L. BEAUVAIS
By Her Attorney,

MONICA HORAN (#5227)
393 Armistice Boulevard
P.O. Box A
Pawtucket, RI 02861
(401) 725-7368
(401) 726-2460 (facsimile)

PLAINTIFF, MAUREEN L. BEAUVAIS, HEREBY CLAIMS A TRIAL BY JURY.

MAUREEN L. BEAUVAIS
By Her Attorney,

Monica Horan

MONICA HORAN (#5227)
393 Armistice Boulevard
P.O. Box A
Pawtucket, RI 02861
(401) 725-7368
(401) 726-2460 (facsimile)