AO 440 (Rev. 10/93) Summons in a Civil Acti

# United States District Court

DISTRICT OF
RHODE ISLAND

MAUREEN L. BEAUVAIS

## SUMMONS IN A CIVIL CASE

V.

CASE NUMBER: 04-

CITIZENS FINANCIAL GROUP, INC.
and LIBERTY LIFE ASSURANCE COMPANY
OF BOSTON

1

TO: (Name and address of defendant)

**SERVE:** **CT Corporation System**
10 Weybosset Street
Providence, RI 02903
Agent for Service for
Citizens Financial Group, Inc.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

MONICA HORAN, ESQUIRE (#5227)
393 Armistice Boulevard
Pawtucket, RI 02861
(401) 725-7368

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 9/15/04

(BY) DEPUTY CLERK

2

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE September 16, 2004 |
| NAME OF SERVER *(PRINT)* ROBERT J. COLLERTON | TITLE Constable #6037 |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☒ Other *(specify)*: TO AN AGENT AUTHORIZED BY LAW TO ACCEPT SERVICE CT CORPORATION SYSTEMS

FILED
2004 SEP 23 A 10:48
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| — | $30.00 | $30.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on September 16, 2004
*Date*

Robert J. Collerton
*Signature of Server*

PO BOX 1236, WOONSOCKET, RI 02895
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# United States District Court

DISTRICT OF
RHODE ISLAND

MAUREEN L. BEAUVAIS

## SUMMONS IN A CIVIL CASE

V.

CASE NUMBER: 04-

CITIZENS FINANCIAL GROUP, INC.
and LIBERTY LIFE ASSURANCE COMPANY
OF BOSTON

CA 04 403 T

TO: (Name and address of defendant)

**SERVE:** Marilyn Shannon McConaghy
Insurance Commissioner
Department of Business Regulations
233 Richmond Street
Providence, RI 02903
As Agent for Service for Liberty Life
Assurance Company of Boston

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

**Monica Horan, Esquire (#5227)**
393 Armistice Boulevard
Pawtucket, RI 02861
(401) 725-7368

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 9/15/04

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE SEPTEMBER 16, 2004 |
| NAME OF SERVER *(PRINT)* ROBERT J CULLERTON | TITLE CONSTABLE #6037 |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☒ Other *(specify)*: TO AN AGENT AUTHORIZED BY LAW TO ACCEPT SERVICE RI INSURANCE COMMISSIONER

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| —— | $ 35.00 | 35.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on SEPTEMBER 16, 2004
Date

Robert J Cullerton
*Signature of Server*

PO BOX 1236, WOONSOCKET RI 02895
*Address of Server*

FILED
2004 SEP 23 A 10: 48
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

X Lee-Ann Deslets

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.