UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RECEIVED
OCT 07 2004
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| MAUREEN L. BEAUVAIS, Plaintiff, v. CITIZENS FINANCIAL GROUP, INC., AND LIBERTY LIFE ASSURANCE COMPANY OF BOSTON Defendants. | C.A. No. 04-403T |

**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT LIBERTY LIFE ASSURANCE COMPANY OF BOSTON TO RESPOND TO COMPLAINT**

Pursuant to Local Rule 22(a), Defendant, Liberty Life Assurance Company of Boston, and Plaintiff, Maureen Beauvais, hereby stipulate that Defendant shall be permitted an extension of time of three weeks, up to and including November 1, 2004, in which to answer or otherwise respond to the Complaint in the above-captioned matter. The parties state the following:

1. Additional time is needed to review the documents in this case, and to investigate Plaintiff's claims, which are brought under the Employee Retirement Income Security Act ("ERISA"), 29 U.S.C. §1001 et seq., and in order to adequately answer or otherwise respond to the Complaint.

2. The granting of a three-week extension of time will not prejudice the parties or the Court, nor would it result in the continuance of any hearing, conference or trial.

4

WHEREFORE, the parties hereby stipulate that Defendant Liberty Life Assurance Company of Boston has up to and including November 1, 2004, to answer or otherwise respond to the Complaint.

Respectfully submitted,
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON
By its attorneys

Christopher J. Campbell, R.I. Bar No. 6611
JACKSON LEWIS LLP
127 Dorrance Street
Providence, RI 02903
(401) 454-7700 telephone
(401) 454-8855 fax

Andrew C. Pickett
(Moving for Admission *Pro Hac Vice*)
Richard W. Paterniti
(Moving for Admission *Pro Hac Vice*)
JACKSON LEWIS LLP
75 Park Plaza
Boston, Massachusetts 02116
(617) 367-0025

DATED: October 6, 2004

MAUREEN BEAUVAIS,
By her attorney

Monica Horan (#5227)
393 Armistice Boulevard
P.O. Box A
Pawtucket, RI 02861
(401) 725-7368

DATED: October 6, 2004

ENTER

Ernest C. Torres
Chief, U.S. District Judge

DATE 10/14/04

**CERTIFICATE OF SERVICE**

This hereby certifies that on this 6th day of October, 2004, a copy of the foregoing document was served upon Plaintiff's attorney, Monica Horan, 393 Armistice Boulevard, P.O. Box A, Pawtucket, RI 02861.

Jackson Lewis LLP