UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MAUREEN L. BEAUVAIS | : | |
| | : | |
| v. | : | C. A. No. 04-403/T |
| | : | |
| CITIZENS FINANCIAL GROUP, | : | |
| INC. and LIBERTY LIFE ASSURANCE | : | |
| COMPANY OF BOSTON | : | |

**ANSWER OF CITIZENS FINANCIAL GROUP, INC.**

Defendant Citizens Financial Group, Inc. ("CFG") responds to plaintiff's complaint and states as follows:

1. CFG denies that plaintiff is an employee of Citizens Trust Company, noting that plaintiff is an employee of Citizens Bank of Rhode Island. CFG denies the remaining allegations contained in Paragraph 1 of the Complaint.

2. Admitted.

3. CFG is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 3 of the Complaint, and therefore denies said allegations.

4. Plaintiff is employed as an Assistant Manager in the Consumer Finance Department of Citizens Bank.

5. Upon information and belief CFG admits the allegations contained in Paragraph 5 of the Complaint.

6. Admitted

5

7. CFG is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 7 of the Complaint, and therefore denies said allegations.

8. CFG is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 8 of the Complaint, and therefore denies said allegations.

9. CFG is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 9 of the Complaint, and therefore denies said allegations.

10. CFG is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 10 of the Complaint, and therefore denies said allegations.

11. CFG is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 11 of the Complaint, and therefore denies said allegations.

12. Admitted.

13. CFG is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 13 of the Complaint, and therefore denies said allegations.

14. CFG is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 14 of the Complaint, and therefore denies said allegations.

15. Admitted.

16. CFG is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 16 of the Complaint, and therefore denies said allegations.

17. Denied.

18. Denied.

**First Affirmative Defense**

Plaintiff's Complaint fails to state a cause of action upon which relief can be granted.

**Second Affirmative Defense**

To the extent that plaintiff failed to comply with the statutory administrative requirements, the action is barred.

**Third Affirmative Defense**

Plaintiff has failed to mitigate her damages.

**Fourth Affirmative Defense**

To the extent that plaintiff has failed to bring the action within the applicable period of limitation, the action is barred.

WHEREFORE, CFG respectfully requests that the Court:

(a) dismiss plaintiff's Complaint in its entirety, with prejudice;

(b) deny each demand and prayer for relief contained in the Complaint;

(c) award CFG costs and reasonable attorneys fees; and

(d) grant such other and further relief as the Court deems just and proper.

CITIZENS FINANCIAL GROUP, INC.
By its Attorneys,

Joseph D. Whelan (#5694)
Kathleen A. Collins (#6946)
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, Rhode Island 02903
401-274-2000
401-277-9600 Fax

Dated: October 28, 2004

**CERTIFICATE OF SERVICE**

To:
Monica Horan, Esq.
393 Armistice Boulevard
P.O. Box A
Pawtucket, Rhode Island 02861

I certify that I mailed a copy of the within Answer to counsel of record, as above, on the 28th day of October, 2004.

Cynthia Lomas

625407
(95000/9501000)