UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
OCT 28 2004
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

MAUREEN L. BEAVAIS :
:
VS : C.A. NO. 04-403T
:
CITIZENS FINANCIAL GROUP, :
INC. and LIBERTY LIFE :
ASSURANCE COMPANY OF :
BOSTON :

**STIPULATION**

The time within which defendant Citizens Financial Group, Inc. shall file responsive pleadings to plaintiff's complaint is hereby extended up to and including October 28, 2004.

MAUREEN L. BEAUVAIS

By her Attorney,

Monica Horan (#5227)
393 Armistice Boulevard
P.O. Box A
Pawtucket, RI 02861
(401) 725-7368
(401) 726-2450 (fax)

Dated:________________________

CITIZENS FINANCIAL GROUP, INC.

By its Attorneys,

Joseph D. Whelan (#5694)
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (fax)

Dated: 10/28/04

623398v2
(95000/9501000)

ENTER

Ernest C. Torres
Chief, U.S. District Judge

DATE 10/29/04

6