UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MAUREEN BEAUVAIS,

Plaintiff,

vs.

CITIZENS FINANCIAL GROUP, INC., and LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,

Defendants.

C. A. NO. 04-403T

**ASSENTED-TO MOTION FOR ENTRY OF APPEARANCE *PRO HAC VICE* FOR ANDREW C. PICKETT**

Defendant, Liberty Life Assurance Company of Boston, hereby moves that Andrew C. Pickett be admitted *pro hac vice* in the above case as associate trial counsel with local associate counsel identified below, on the follow grounds:

1. The case involves the following complex area of the law, in which *pro hac vice* counsel practices: The Employment Retirement Income Security Act of 1974 ("ERISA"); and

2. *Pro hac vice* counsel's long-standing representation of the client: Liberty Life Assurance Company of Boston.

8

3. Defendant, Liberty Life Assurance Company of Boston, has obtained the consent of Plaintiff's counsel for moving to admit Andrew C. Pickett *pro hac vice*.

Respectfully submitted,

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON
By its attorneys

Christopher J. Campbell, R.I. Bar No. 6611
JACKSON LEWIS LLP
127 Dorrance Street
Providence, RI 02903
(401) 454-7700 telephone
(401) 454-8855 fax

Andrew C. Pickett
(Moving for Admission *Pro Hac Vice*)
JACKSON LEWIS LLP
75 Park Plaza
Boston, Massachusetts 02116
(617) 367-0025

DATED: November 9, 2004

**CERTIFICATE OF SERVICE**

This hereby certifies that on this 9th day of November, 2004, a copy of the foregoing document was served upon Plaintiff's attorney, Monica Horan, Esq., 393 Armistice Boulevard, P.O. Box A, Pawtucket, RI 02861, and upon counsel for Citizens Financial Group, Inc., Joseph D. Whelan, Esq., Hinckley, Allen & Snyder, LLP, 1500 Fleet Center, Providence, RI 02903, by first-class mail, postage prepaid.

Jackson Lewis LLP

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MAUREEN BEAUVAIS,

Plaintiff,

vs.

CITIZENS FINANCIAL GROUP, INC., and
LIBERTY LIFE ASSURANCE COMPANY
OF BOSTON,

Defendants.

C. A. NO. 04-403T

**CERTIFICATION FOR *PRO HAC VICE* ADMISSION**
**OF ANDREW C. PICKETT**

1. I, Andrew C. Pickett, certify that I am a member in good standing of the bars of the States of Massachusetts and Vermont and the federal district court bars of Massachusetts and Vermont, without any restriction on my eligibility to practice, and that I understand my obligation to notify this Court immediately of any change respecting my status in this respect.

2. I am not currently admitted, nor within the preceding 24 months have applied to be admitted, in cases in this district.

3. I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

4. For purposes of this case, I have associated with local associate counsel identified below, and have read, acknowledged, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to

do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it is related to the participation and responsibilities of local associate counsel.

Andrew C. Pickett
JACKSON LEWIS LLP
75 Park Plaza
Boston, MA 02116
Tel: (617) 367-0025
Fax: (617) 367-2155

Christopher J. Campbell, RI Bar No. 6611
JACKSON LEWIS LLP
127 Dorrance Street
Providence, RI 02903
Tel: (401) 454-7700
Fax: (401) 454-8855

Dated: November 8th, 2004

**ORDER:**

This motion is hereby ____________.

______________________________
U.S. District Judge

Date:_________________________

**CERTIFICATE OF SERVICE**

This hereby certifies that on this 9th day of November, 2004, a copy of the foregoing document was served upon Plaintiff's attorney, Monica Horan, Esq., 393 Armistice Boulevard, P.O. Box A, Pawtucket, RI 02861, and upon counsel for Citizens Financial Group, Inc., Joseph D. Whelan, Esq., Hinckley, Allen & Snyder, LLP, 1500 Fleet Center, Providence, RI 02903, by first-class mail, postage prepaid.

Jackson Lewis LLP