UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ORIGINAL

MAUREEN BEAUVAIS,

Plaintiff,

vs.

CITIZENS FINANCIAL GROUP, INC., and LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,

Defendants.

C. A. NO. 04-403T

**NOTICE OF APPEARANCE**

Kindly enter my appearance for the above-named defendant, Liberty Life Assurance Company of Boston.

Respectfully submitted,

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON
By its attorneys

Anthony J. DiOrio, R.I. Bar No. 3419
JACKSON LEWIS LLP
127 Dorrance Street
Providence, RI 02903
(401) 490-3444 telephone
(401) 454-8855 fax

DATED: December 22, 2004

**CERTIFICATE OF SERVICE**

This hereby certifies that on this ~~22nd~~ 23rd day of December, 2004, a copy of the foregoing document was served upon Plaintiff's attorney, Monica Horan, Esq., 393 Armistice Boulevard, P.O. Box A, Pawtucket, RI 02861, and upon counsel for Citizens Financial Group, Inc., Joseph D. Whelan, Esq., Hinckley, Allen & Snyder, LLP, 1500 Fleet Center, Providence, RI 02903, by first-class mail, postage prepaid.

Anthony J. DiOrio

12

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MAUREEN BEAUVAIS,

Plaintiff,

vs.

CITIZENS FINANCIAL GROUP, INC., and LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,

Defendants.

**ORIGINAL**

C. A. NO. 04-403T

## NOTICE OF WITHDRAWAL

Kindly withdraw my appearance for the above-named defendant, Liberty Life Assurance Company of Boston. This withdrawal is accompanied by Notice of Appearance of Anthony J. DiOrio. In addition there are no motions pending before the court and there is no trial date set.

Respectfully submitted,

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON
By its attorneys

Christopher J. Campbell, R.I. Bar No. 6611
JACKSON LEWIS LLP
127 Dorrance Street
Providence, RI 02903
(401) 390-3444telephone
(401) 454-8855 fax

DATED: December 21, 2004

**CERTIFICATE OF SERVICE**

This hereby certifies that on this 23rd day of December, 2004, a copy of the foregoing document was served upon Plaintiff's attorney, Monica Horan, Esq., 393 Armistice Boulevard, P.O. Box A, Pawtucket, RI 02861, and upon counsel for Citizens Financial Group, Inc., Joseph D. Whelan, Esq., Hinckley, Allen & Snyder, LLP, 1500 Fleet Center, Providence, RI 02903, by first-class mail, postage prepaid.

Anthony J. DiOrio

Representing Management Exclusively in Workplace Law and Related Litigation

**jackson | lewis**
Attorneys at Law

Jackson Lewis LLP
127 Dorrance Street
Providence, Rhode Island 02903
Tel 401 490-3444
Fax 401 454-8855
www.jacksonlewis.com

ATLANTA, GA
BOSTON, MA
CHICAGO, IL
DALLAS, TX
GREENVILLE, SC
HARTFORD, CT
LONG ISLAND, NY
LOS ANGELES, CA
MIAMI, FL
MINNEAPOLIS, MN
MORRISTOWN, NJ
NEW YORK, NY
ORLANDO, FL
PITTSBURGH, PA
SACRAMENTO, CA
SAN FRANCISCO, CA
SEATTLE, WA
STAMFORD, CT
WASHINGTON, DC REGION
WHITE PLAINS, NY

December 22, 2004

**COPY**

Monica Horan, Esq.
393 Armistice Blvd.
P.O. Box A
Pawtucket, Rhode Island 02861

Joseph Whelan, Esq.
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, Rhode Island 02903

*Re:* *Maureen L. Beauvais v. Liberty Life Assurance Company of Boston, et al.*
*Civil Action No. 04-403T*

Dear Ms. Horan and Mr. Whelan:

This letter shall confirm our separate telephone conferences of this date. As I explained, it has come to our attention that Christopher Campbell, an associate of Jackson Lewis LLP, must withdraw his appearance as counsel for Defendant Liberty Life Assurance Company of Boston.

In connection therewith, I am entering my appearance on behalf of said Defendant. I also wish to file an Amended Answer. I have assured you that the <u>only</u> change from the original Answer is the Amended Answer is signed by the undersigned, as an admitted attorney to the Rhode Island District Court.

In order to obtain written consent under Rule 15(a), please acknowledge your consent to permit the Amended Answer by signing in the space provided below and faxing the letter back to me at 401-454-8855. Please also mail back to me the original signed acknowledgement. Thank you.

Very truly yours,

Jackson Lewis LLP

Anthony J. DiOrio

SO CONSENTED TO UNDER RULE 15(a):

Monica Horan Date

Joseph Whelan 12/23/04
Joseph Whelan Date

Representing Management Exclusively in Workplace Law and Related Litigation

jackson | lewis
Attorneys at Law

Jackson Lewis LLP
One Citizens Plaza / 447 Dorrance Street
Providence, Rhode Island 02903
Tel 401 490-3444
Fax 401 454-8855
www.jacksonlewis.com

ATLANTA, GA
BOSTON, MA
CHICAGO, IL
DALLAS, TX
GREENVILLE, SC
HARTFORD, CT
LONG ISLAND, NY
LOS ANGELES, CA
MIAMI, FL
MINNEAPOLIS, MN
MORRISTOWN, NJ
NEW YORK, NY
ORLANDO, FL
PITTSBURGH, PA
SACRAMENTO, CA
SAN FRANCISCO, CA
SEATTLE, WA
STAMFORD, CT
WASHINGTON, DC REGION
WHITE PLAINS, NY

December 22, 2004

**COPY**

Monica Horan, Esq.
393 Armistice Blvd.
P.O. Box A
Pawtucket, Rhode Island 02861

Joseph Whelan, Esq.
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, Rhode Island 02903

Re: *Maureen L. Beauvais v. Liberty Life Assurance Company of Boston, et al.*
*Civil Action No. 04-403T*

Dear Ms. Horan and Mr. Whelan:

This letter shall confirm our separate telephone conferences of this date. As I explained, it has come to our attention that Christopher Campbell, an associate of Jackson Lewis LLP, must withdraw his appearance as counsel for Defendant Liberty Life Assurance Company of Boston.

In connection therewith, I am entering my appearance on behalf of said Defendant. I also wish to file an Amended Answer. I have assured you that the only change from the original Answer is the Amended Answer is signed by the undersigned, as an admitted attorney to the Rhode Island District Court.

In order to obtain written consent under Rule 15(a), please acknowledge your consent to permit the Amended Answer by signing in the space provided below and faxing the letter back to me at 401-454-8855. Please also mail back to me the original signed acknowledgement. Thank you.

Very truly yours,

Jackson Lewis LLP

[signature]

Anthony J. DiOrio

SO CONSENTED TO UNDER RULE 15(a):

Monica Horan [signature] 12/22/04
Monica Horan Date

Joseph Whelan Date