UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MAUREEN L. BEAUVAIS | : | |
| | : | |
| VS | : | C.A. NO. 04-403T |
| | : | |
| CITIZENS FINANCIAL GROUP, INC., AND LIBERTY LIFE ASSURANCE COMPANY OF BOSTON | : | |

## JOINT MOTION TO EXTEND PRETRIAL ORDER

Plaintiff, Maureen L. Beauvais and Defendants Citizens Financial Group, Inc. and Liberty Life Assurance Company of Boston, jointly move to extend the deadlines established by this Court's January 12, 2005 Pretrial Order by forty-five (45) days. As grounds, Plaintiff and Defendants state that at the suggestion of Judge Torres and working with Magistrate Judge Almond, the parties focused their attention on mediation and settlement negotiations. Unfortunately, the parties are not able to reach a settlement at this time. See correspondence from plaintiff's attorney to Magistrate Judge Almond attached as Exhibit A. As this case is an appeal from the denial of benefits, the parties intend to file dispositive motions. Defendants will be submitting requests to the Court today for a conference in accordance with Paragraph 8 of the Pretrial Order, but the present Closure – which is also the last day to file motions – is April 15, 2005.

Accordingly, the parties jointly move to extend the deadlines established by the Court as follows:

| | |
|---|---|
| Closure of pretrial discovery: | May 31, 2005 |
| Pre-trial memoranda due: | August 2, 2005 |

16

MAUREEN BEAUVAIS
By her Attorneys,

Monica Horan (#5227)
P.O. Box A
Armistice Boulevard
Pawtucket, RI 02861
401-725-7368
401-726-2460 (fax)

CITIZENS FINANCIAL GROUP, INC.
By its Attorneys,

Joseph D. Whelan (#5694)
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02903
401-274-2000
401-277-9600 (fax)

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON
By its Attorneys,

Anthony J. DiOrio (#3419)
Jackson Lewis LLP
127 Dorrance Street
Providence, RI 02903
401-454-7700
401-454-8855 (fax)

Richard W. Paterniti (pro hac vice)
Jackson Lewis LLP
75 Park Plaza
Boston, MA 02116

Dated: April 7, 2005

651983v1
(57010/1237888)

(A)

MICHAEL F. HORAN
ATTORNEY AT LAW
393 ARMISTICE BOULEVARD
PAWTUCKET, RHODE ISLAND 02861-0901
(401) - 725 - 7368
FAX: (401) - 726 - 2460

MICHAEL F. HORAN
MONICA HORAN*
*ALSO ADMITTED IN NEW YORK

MAILING ADDRESS:
P. O. BOX A
PAWTUCKET, RI 02861-0901

March 29, 2005

U. S. District Court
Federal Building & Courthouse
1 Exchange Terrace
Providence, RI 02903-1720

ATTENTION: Magistrate Judge Lincoln D. Almond

Re: Maureen Beauvais vs. Liberty Life – Case No. 04-403T

Dear Judge Almond:

With reference to the above-mentioned case, please be advised that my client, Maureen Beauvais met with several representatives of Citizens Bank relative to any possible job openings that may be able to accommodate her with her current limitations. Unfortunately, representatives from Citizens Bank offered Mrs. Beauvais the opportunity to resume her former job. She is unable to do this with her current medical conditions.

Joe Whelan is on vacation through April 4, 2005 and I am out of town through April 7. Please advise if you wish to have any further settlement conferences or if you require any further information from this office.

Sincerely,

Monica Horan

MH/eh

cc: Joseph D. Whelan, Esquire
Richard W. Paterniti, Esq.