UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED APR 7 2005 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MAUREEN L. BEAUVAIS | : | |
| | : | |
| VS | : | C.A. NO. 04-403T |
| | : | |
| CITIZENS FINANCIAL GROUP, INC., AND LIBERTY LIFE ASSURANCE COMPANY OF BOSTON | : | |

**JOINT MOTION TO EXTEND PRETRIAL ORDER**

Plaintiff, Maureen L. Beauvais and Defendants Citizens Financial Group, Inc. and Liberty Life Assurance Company of Boston, jointly move to extend the deadlines established by this Court's January 12, 2005 Pretrial Order by forty-five (45) days. As grounds, Plaintiff and Defendants state that at the suggestion of Judge Torres and working with Magistrate Judge Almond, the parties focused their attention on mediation and settlement negotiations. Unfortunately, the parties are not able to reach a settlement at this time. See correspondence from plaintiff's attorney to Magistrate Judge Almond attached as Exhibit A. As this case is an appeal from the denial of benefits, the parties intend to file dispositive motions. Defendants will be submitting requests to the Court today for a conference in accordance with Paragraph 8 of the Pretrial Order, but the present Closure – which is also the last day to file motions – is April 15, 2005.

Accordingly, the parties jointly move to extend the deadlines established by the Court as follows:

| | |
|---|---|
| Closure of pretrial discovery: | May 31, 2005 |
| Pre-trial memoranda due: | August 2, 2005 |

17

MAUREEN BEAUVAIS
By her Attorneys,

Monica Horan /jw

Monica Horan (#5227)
P.O. Box A
Armistice Boulevard
Pawtucket, RI 02861
401-725-7368
401-726-2460 (fax)

CITIZENS FINANCIAL GROUP, INC.
By its Attorneys,

Joseph D. Whelan

Joseph D. Whelan (#5694)
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02903
401-274-2000
401-277-9600 (fax)

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON
By its Attorneys,

Anthony J. DiOrio /jw

Anthony J. DiOrio (#3419)
Jackson Lewis LLP
127 Dorrance Street
Providence, RI 02903
401-454-7700
401-454-8855 (fax)

Richard W. Paterniti (pro hac vice)
Jackson Lewis LLP
75 Park Plaza
Boston, MA 02116

GRANTED

No further extensions will be granted

Ernest C. Torres

Ernest C. Torres
Chief, US District Judge

4/12/05

Dated: April 7, 2005

651983v1
(57010/1237888)