UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MAUREEN L. BEAUVAIS :
:
VS : C.A. NO. 04-403T
:
CITIZENS FINANCIAL GROUP, :
INC., AND LIBERTY LIFE :
ASSURANCE COMPANY OF :
BOSTON :

**JOINT MOTION TO EXTEND PRETRIAL ORDER**

Plaintiff, Maureen L. Beauvais and Defendants Citizens Financial Group, Inc. and Liberty Life Assurance Company of Boston, jointly move to extend the deadlines established by this Court for filing motions for summary judgment in this matter from June 15, 2005 to June 22, 2005. The parties are still trying to work out a settlement and request this additional time for that purpose.

MAUREEN BEAUVAIS
By her Attorneys,

Monica Horan (#5227)
P.O. Box A
Armistice Boulevard
Pawtucket, RI 02861
401-725-7368
401-726-2460 (fax)

CITIZENS FINANCIAL GROUP, INC.
By its Attorneys,

Joseph D. Whelan (#5694)
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02903
401-274-2000
401-277-9600 (fax)

LIBERTY LIFE ASSURANCE COMPANY
OF BOSTON
By its Attorneys,

Anthony J. DiOrio (#3419)
Jackson Lewis LLP
127 Dorrance Street
Providence, RI 02903
401-454-7700
401-454-8855 (fax)

Richard W. Paterniti (pro hac vice)
Jackson Lewis LLP
75 Park Plaza
Boston, MA 02116

Dated: June 10, 2005

662592v1
(57010/1237888)