UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MAUREEN L. BEAUVAIS,<br>Plaintiff,<br><br>v.<br><br>CITIZENS FINANCIAL GROUP, INC., AND LIBERTY LIFE ASSURANCE COMPANY OF BOSTON<br>Defendants. | ) | C.A. No. 04-403T |

**AFFIDAVIT OF PAULA MCGEE**

I, Paula McGee, do hereby under oath depose and say as follows:

1. I am over the age of eighteen and am a resident of the State of Florida. I am fully competent to testify as to the matters set forth in this affidavit, which are true and correct based upon my own personal knowledge, unless indicated to the contrary.

2. I am currently employed as the Litigation Manager for Liberty Life Assurance Company of Boston ("Liberty Life") and have been since 1999.

3. Liberty Life entered into a Group Disability Risk Management Agreement with Plaintiff's employer, Citizens Financial Group, Inc. ("Citizens"), by which Liberty Life provides claims management to Citizens on an administrative services basis only for claims for short-term disability benefits. Attached to this Agreement is a policy relating to claims for short-term disability benefits.

4. In addition, Liberty Life issued a long-term disability policy to Citizens to provide benefits to its employees pursuant to Citizens' long-term disability plan, which is a welfare benefit plan governed by the Employee Retirement Income Security Act of 1974, as amended (hereinafter "ERISA").

5. As part of my duties as Litigation Manager, I am responsible for maintaining records of claims and administrative appeals of beneficiaries under Liberty Life's policies.

6. In addition, as part of my duties as Litigation Manager, I am familiar with the documents governing the administration of policies issued by Liberty Life and maintain copies of the policy documents in my control.

7. I certify that the document tabbed as Exhibit I in the "Administrative Record of Maureen Beauvais," is an authentic copy of the policy governing Plaintiff's claim for long-term disability benefits.

8. I certify that the documents tabbed as Exhibit II in the "Administrative Record of Maureen Beauvais," are authentic copies of the Group Disability Risk Management Agreement and policy governing Plaintiff's claim for short-term disability benefits.

9. I certify that the records tabbed as Exhibit III in the "Administrative Record of Maureen Beauvais," are authentic copies of the Administrative Record regarding Plaintiff's claim and appeal for short-term and long-term disability.

Signed under the pains and penalties of perjury this 20th day of June, 2005.

Paula McGee, Litigation Manager

**CERTIFICATE OF SERVICE**

This hereby certifies that on this 22nd day of June, 2005, a copy of the foregoing document was served upon Plaintiff's attorney, Monica Horan, Esq., 393 Armistice Boulevard, P.O. Box A, Pawtucket, RI 02861, and upon counsel for Citizens Financial Group, Inc., Joseph D. Whelan, Esq., Hinckley, Allen & Snyder, LLP, 1500 Fleet Center, Providence, RI 02903, by ~~first-class mail, postage prepaid~~. Overnight mail.

Anthony J. DiOrio (PWP)

Jackson Lewis LLP