UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MAUREEN L. BEAUVAIS | : | |
| | : | |
| vs. | : | C.A. No. 04-403T |
| | : | |
| CITIZENS FINANCIAL GROUP, INC., AND LIBERTY LIFE ASSURANCE COMPANY OF BOSTON | : | |

**JOINT MOTION TO EXTEND PLAINTIFF'S TIME TO FILE A RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND PLAINTIFF'S MOTION TO SUMMARY JUDGMENT**

Plaintiff, Maureen L. Beauvais and Defendants Citizens Financial Group, Inc. and Liberty Life Assurance Company of Boston, jointly move to extend Plaintiff's deadline established by this Court for filing Plaintiff's Response to Defendants' Motion for Summary Judgment in this matter from July 5, 2005 to July 15, 2005. Additional time is requested due to upcoming vacation schedules.

MAUREEN BEAUVAIS
By her Attorneys,

Monica Horan (#5227)
P.O. Box A
393 Armistice Boulevard
Pawtucket, RI 02861
401-725-7368
401-726-2460(fax)

CITIZENS FINANCIAL GROUP, INC.
By its Attorneys,

Joseph D. Whelan (#5694)
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02903
401-274-2000
401-277-9600(fax)

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON
By its Attorneys,

Anthony J. DiOrio (#3419)
Jackson Lewis LLP
127 Dorrance Street
Providence, RI 02903
401-454-7700
401-454-8855(fax)

Richard W. Paterniti (pro hac vice)
Jackson Lewis LLP
75 Park Plaza
Boston, MA 02116

Dated: June 28, 2005