UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MAUREEN L. BEAUVAIS :
:
vs. : C.A. No. 04-403T
:
CITIZENS FINANCIAL GROUP, :
INC., AND LIBERTY LIFE ASSURANCE :
COMPANY OF BOSTON :

**JOINT MOTION TO EXTEND PLAINTIFF'S TIME TO FILE A RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND PLAINTIFF'S MOTION TO SUMMARY JUDGMENT**

Plaintiff, Maureen L. Beauvais and Defendants Citizens Financial Group, Inc. and Liberty Life Assurance Company of Boston, jointly move to extend Plaintiff's deadline established by this Court for filing Plaintiff's Response to Defendants' Motion for Summary Judgment in this matter from July 5, 2005 to July 15, 2005. Additional time is requested due to upcoming vacation schedules.

MAUREEN BEAUVAIS
By her Attorneys,

Monica Horan (#5227)
P.O. Box A
393 Armistice Boulevard
Pawtucket, RI 02861
401-725-7368
401-726-2460(fax)

CITIZENS FINANCIAL GROUP, INC.
By its Attorneys,

Joseph D. Whelan /MH

Joseph D. Whelan (#5694)
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02903
401-274-2000
401-277-9600(fax)

GRANTED
Ernest C. Torres

Ernest C. Torres
Chief, US District Judge
7/5/05

FILED
JUN 28 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND