UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MAUREEN L. BEAUVAIS | : | |
| | : | |
| VS | : | C.A. NO. 04-403T |
| | : | |
| CITIZENS FINANCIAL GROUP, INC., AND LIBERTY LIFE ASSURANCE COMPANY OF BOSTON | : | |

**ASSENTED-TO MOTION TO SET DEADLINE FOR DEFENDANTS' OPPOSITION TO PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT AND/OR REPLY MEMORANDA TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Defendants Liberty Life Assurance Company of Boston and Citizens Financial Group, Inc. move to set the deadline of August 5, 2005 for filing oppositions to Plaintiff's cross-motion for summary judgment and/or reply memoranda to Plaintiff's opposition to Defendants' motions for summary judgment.

1. In this case, Plaintiff filed her opposition to Defendants' motions for summary judgment along with a cross-motion for summary judgment on or about July 15, 2005, after having received an extension of time from this Court for filing that brief. Plaintiff's opposition and cross-motion were supported by a single memorandum. Defendants, however, did not receive Plaintiff's submission until July 18, 2005 (even though Plaintiff indicated in her Certificate of Service that she had served the documents by hand delivery). Based on the Pre-trial Order and the Local Rules, Defendants' opposition to Plaintiff's cross-motion and/or reply memoranda to Plaintiff's opposition to Defendants' motions for summary judgment are due 10

days after service of the brief, i.e. on or about July 29, 2005. Due to the shortened period of time to respond, Defendants now request a one-week extension for their opposition and/or reply.

2. In addition, Defendants seek a brief one-week extension to respond to the opposition and cross-motion. The reason for this request is that, Plaintiff makes several arguments related to multiple legal and factual issues under the Employee Retirement Income Security Income ("ERISA"). In order to sufficiently respond to these various arguments, Defendants request this brief extension of time, up to and including August 5, 2005, to file their oppositions and/or reply memoranda.

3. The granting of a brief extension of time of approximately one week will not prejudice the parties or the Court, nor will it result in the continuance of any hearing, conference or trial. The summary judgment hearing in this case is not scheduled until September 23, 2005.

4. Counsel for the Plaintiff has assented to the Court's granting of this request.

WHEREFORE, Defendants respectfully request that the Court set August 5, 2005 as the deadline for Defendants to file their oppositions and/or reply memoranda to Plaintiff's opposition to Defendants' motions for summary judgment and her cross-motion for summary judgment.

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON
By its Attorneys,

Richard W. Paterniti /KLM

Anthony J. DiOrio (#3419)
Jackson Lewis LLP
127 Dorrance Street
Providence, RI 02903
401-454-7700
401-454-8855 (fax)

Andrew C. Pickett (pro hac vice)
Richard W. Paterniti (pro hac vice)
Jackson Lewis LLP
75 Park Plaza
Boston, MA 02116

CITIZENS FINANCIAL GROUP, INC.
By its Attorneys,

Kristie McCann

Joseph D. Whelan (#5694)
Kristie L. McCann (#6945)
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02903
401-274-2000
401-277-9600 (fax)

Assented to by:

Monica Horan /KLM

Monica Horan (#5227)
P.O. Box A
Armistice Boulevard
Pawtucket, RI 02861
401-725-7368
401-726-2460 (fax)

Dated: July 25, 2005

**CERTIFICATE OF SERVICE**

This hereby certifies that on this 25 day of July, 2005, a copy of the foregoing document was served upon Plaintiff's attorney, Monica Horan, 393 Armistice Boulevard, P.O. Box A, Pawtucket, RI 02861, and upon counsel for Liberty Life Assurance Company of Boston, Richard W. Paterniti, Jackson Lewis LLP, 75 Park Plaza, Boston, MA 02116 by first class mail, postage prepaid.

Kristie L. McCann