FILED
JUL 26 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MAUREEN L. BEAUVAIS | : | |
| | : | |
| VS | : | C.A. NO. 04-403T |
| | : | |
| CITIZENS FINANCIAL GROUP, INC., AND LIBERTY LIFE ASSURANCE COMPANY OF BOSTON | : | |

8/1/05: GRANTED ABSENT OPPOSITION.

USMJ

**ASSENTED-TO MOTION TO SET DEADLINE FOR DEFENDANTS' OPPOSITION TO PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT AND/OR REPLY MEMORANDA TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Defendants Liberty Life Assurance Company of Boston and Citizens Financial Group, Inc. move to set the deadline of August 5, 2005 for filing oppositions to Plaintiff's cross-motion for summary judgment and/or reply memoranda to Plaintiff's opposition to Defendants' motions for summary judgment.

1. In this case, Plaintiff filed her opposition to Defendants' motions for summary judgment along with a cross-motion for summary judgment on or about July 15, 2005, after having received an extension of time from this Court for filing that brief. Plaintiff's opposition and cross-motion were supported by a single memorandum. Defendants, however, did not receive Plaintiff's submission until July 18, 2005 (even though Plaintiff indicated in her Certificate of Service that she had served the documents by hand delivery). Based on the Pre-trial Order and the Local Rules, Defendants' opposition to Plaintiff's cross-motion and/or reply memoranda to Plaintiff's opposition to Defendants' motions for summary judgment are due 10