# **AFFIDAVIT**

Now comes Maureen Beauvais, being duly sworn under oath makes Affidavit and states that:

In February of 2003, I applied for short-term disability benefits through my employer, Citizens Financial Group, Inc. The plan was administered by Liberty Life Assurance Company of Boston. Initially, I dealt with Edie McCready, who was handling the short-term disability benefits for Liberty. Shortly thereafter, Jeff Jones began handling my long-term disability calim for Liberty. On July 15, 2003, I signed an authorization for Liberty to obtain all of my medical information and social security benefits. (AR 00102). After my claim for benefits was denied on July 29, 2003, I continued to contact Jeff Jones to update him on my condition, my doctors' appointments, and I submitted any medical documentation, to him, as it became available. At some point, I received the original MRI that was taken of me in December of 2002. I contacted Jeff Jones to determine how I could deliver it to him. The MRI is a huge film. I asked Mr. Jones if my husband could hand-deliver it to him. He said he was located in Connecticut. I offered to have my husband drive to Connecticut to his office. He told me that no one was allowed in his building. I then explained to him, due to the size of the MRI, it was difficult to mail it. I did not want to roll the document in a tube, since I did not want to damage the image. Mr. Jones told me that that was my problem.

I was also advised by either a representative of Liberty or Citizens to apply for Social Security Disability Benefits. Based on this advice, I submitted an application to Social Security in August of 2004.

During the entire claims process, no one ever adequately explained what my obligations were in order to facilitate my claim. I was very sick during this period,

and I did my best to provide Liberty with the information I had and the doctors' names and addresses that I was treating with. I sent two detailed letters to Liberty which outlined, in detail, my treatment, my doctors, and the medication that I was taking. I presumed that Liberty was obtaining any and all medical records that they needed, which I didn't provide, since I had signed an authorization for them to request those records.

Maureen Beauvais
MAUREEN BEAUVAIS

**NOTARY CLAUSE**

STATE OF RHODE ISLAND )
) ss.
COUNTY OF PROVIDENCE )

Subscribed and sworn to before me by said Maureen Beauvais, to me known and known by me to be the one and the same person, on this 12th day of August, 2005.

Monica Horan
Notary Public
Print Name: MONICA HORAN
My Commission Expires: 12/26/08