**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

MAUREEN BEAUVAIS,
Plaintiff

vs. C.A. No. 04-403T

CITIZENS FINANCIAL GROUP, INC.
AND LIBERTY LIFE ASSURANCE
COMPANY OF BOSTON,
Defendants

# JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ X ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

Judgement hereby enters for Plaintiff Maureen Beauvais against Defendants Citizens Financial Group, Inc. and Liberty Life Assurance Company of Boston. Beauvais shall be awarded disability benefits under the ST-Plan for the period from June 14, 2003 to August 23, 2003, and disability benefits under the LT-Plan for the period commencing on August 24, 2003 and continuing until such time as it is determined that she is no longer eligible for such benefits. Beauvais is awarded any amounts that she has expended for medical treatment with respect to the cervical condition that was the subject of her claim and that would have been covered by the plans. Beauvais is further awarded prejudgment interest on the aforesaid amounts.

Enter:

Deputy Clerk

Dated: March 9th, 2006