# United States District Court
# for the District of Rhode Island

| | | |
|---|---|---|
| MAUREEN L. BEAUVAIS | : | |
| | : | |
| v. | : | Case No.: 04-403T |
| | : | |
| CITIZENS FINANCIAL GROUP, INC. And LIBERTY LIFE ASSURANCE COMPANY OF BOSTON | : | |

## MOTION TO AMEND JUDGMENT

Now comes Plaintiff, MAUREEN L. BEAUVAIS, by and through her attorney, and she hereby respectfully requests an amendment to the judgment herein dated March 9, 2006 in the above-mentioned case pursuant to Rule 59 and Rule 60 of the Federal Court Rules of Civil Procedure. In support of said Motion, Plaintiff avers that in the original Memo and Order issued by this Court on March 8, 2006, pursuant to paragraph 4 under the Conclusion: "Beauvais is entitled to attorney's fees and, in accordance with Fed. R. Civ. P. 54 (d), Beauvais may file a properly documented motion for attorney's fees within fourteen days from the date of this Order." In the Judgment that was sent to the parties on March 13, 2006, the language awarding Plaintiff, Maureen Beauvais, attorney's fees was omitted from the Judgment.

*Wherefore,* Plaintiff respectfully requests that this Honorable Court amend the Judgment entered herein dated March 9, 2006 to reflect the Memo

and Order of this Court dated March 8, 2006, and such other and further relief as this Court sees fit to award.

MAUREEN BEAUVAIS
By her Attorney,

Monica Horan

MONICA HORAN, ESQ. (#5227)
393 Armistice Boulevard
P.O. Box A
Pawtucket, RI 02861
401-725-7368

**CERTIFICATION**

I, the undersigned, do hereby certify that I mailed a copy of the within Motion to Joseph D. Whelan, Esquire, Hinckley, Allen & Snyder, LLP, 1500 Fleet Center, Providence, Rhode Island 02903; Anthony J. DiOrio, Esquire, Jackson Lewis LLP, 127 Dorrance Street, Providence, Rhode Island 02903; and Andrew C. Pickett, Esquire, Jackson Lewis LLP, 75 Park Plaza, Boston, Massachusetts 02116 on this 14th day of March, 2006.

Elaine Heroux