# United States District Court
# for the District of Rhode Island

| | | |
|---|---|---|
| MAUREEN L. BEAUVAIS | : | |
| | : | |
| v. | : | Case No.: 04-403T |
| | : | |
| CITIZENS FINANCIAL GROUP, INC. And LIBERTY LIFE ASSURANCE COMPANY OF BOSTON | : | |

## PLAINTIFF, MAUREEN L. BEAUVAIS' MOTION FOR ATTORNEY'S FEES PURSUANT TO RULE 54(B) OF THE FEDERAL RULES OF CIVIL PROCECURE

Now comes Plaintiff, MAUREEN L. BEAUVAIS, by and through her attorney, and she hereby respectfully requests that this Honorable Court award her attorney's fees in the amount of $19,510.00, in accordance with the Order entered herein by this Court on March 8, 2006. In support of said Motion, Plaintiff hereby refers to and incorporates the attached Memorandum of Law and supporting Affidavit.

MAUREEN BEAUVAIS
By her Attorney,

MONICA HORAN, ESQ. (#5227)
393 Armistice Boulevard
P.O. Box A
Pawtucket, RI 02861
401-725-7368

## CERTIFICATION

I, the undersigned, do hereby certify that I mailed a copy of the within Motion to Joseph D. Whelan, Esquire, Hinckley, Allen & Snyder, LLP, 1500 Fleet Center, Providence, Rhode Island 02903; Anthony J. DiOrio, Esquire, Jackson Lewis LLP, 127 Dorrance Street, Providence, Rhode Island 02903; and Andrew C. Pickett, Esquire, Jackson Lewis LLP, 75 Park Plaza, Boston, Massachusetts 02116 on this 16th day of March, 2006.

Elaine Derouin
______________________________

# United States District Court
# for the District of Rhode Island

| | | |
|---|---|---|
| MAUREEN L. BEAUVAIS | : | |
| | : | |
| v. | : | Case No.: 04-403T |
| | : | |
| CITIZENS FINANCIAL GROUP, INC. | : | |
| And LIBERTY LIFE ASSURANCE | : | |
| COMPANY OF BOSTON | : | |

## MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEY'S FEES

### TRAVEL OF THE CASE:

Plaintiff, Maureen L. Beauvais, brought the above-mentioned action for unlawful denial of both Short Term and Long Term Disability Benefits pursuant to 29 USC §1132 (a) (1) (B) against Citizens Financial Group and Liberty Life Assurance Company of Boston. Both Plaintiff and Defendants filed cross Motions for Summary Judgment which was heard before this Court on October 29, 2005. On March 8, 2006, this Court entered an Order wherein Plaintiff's Motion for Summary Judgment was granted and Judgment entered for her for both Short Term Benefits and Long Term Benefits. This Court also ordered that Plaintiff was entitled to attorney's fees.

### ARGUMENT:

As noted, this case was brought pursuant to the Employees Retirement Income Security Act ("ERISA") 29 USC §1132 et seq. Pursuant to that statute, the Court has discretion whether or not to award attorney's fees to the prevailing party.

29 USC §1132 (g) (1). After consideration, this Court exercised its discretion and awarded Plaintiff attorney's fees pursuant to that statute. Accordingly, Plaintiff now files the enclosed Motion in support of her attorney's fees in accordance with Rule 54(d) of the Federal Rules of Civil Procedure. Plaintiff hereby requests that this Honorable Court award her $19,510.00 for her attorney's fees spent in preparation for this case. In support of said request, Plaintiff attaches and incorporates the Affidavit annexed hereto as Exhibit A.

***Wherefore,*** based on the forgoing, Plaintiff respectfully requests that this Honorable Court grant her attorney's fees in the amount of $19,510.00.

MAUREEN BEAUVAIS
By her Attorney,

MONICA HORAN, ESQ. (#5227)
393 Armistice Boulevard
P.O. Box A
Pawtucket, RI 02861
401-725-7368