# United States District Court
# for the District of Rhode Island

MAUREEN L. BEAUVAIS :
:
v. : Case No.: 04-403T
:
CITIZENS FINANCIAL GROUP, INC. :
And LIBERTY LIFE ASSURANCE :
COMPANY OF BOSTON :

## AFFIDAVIT IN SUPPORT OF ATTORNEY MONICA HORAN'S ATTORNEY'S FEES

I, MONICA HORAN, being first duly sworn under oath, depose and state as follows:

I have expended 97.55 hours toward the work product involved in the within matter, outlined as follows:

| DATE | SERVICES RENDERED | TIME (Hours) |
|---|---|---|
| 6/22/04 | Office meeting with client | 1.00 |
| 6/22/04 | Correspondence with Jeff Jones of Liberty Life | .50 |
| 7/2/04 | Correspondence with Citizens | .25 |
| 7/15/04 | Telephone conversation with client | .50 |
| 8/5/04 | Correspondence with Jeff Jones | .25 |
| 8/18/04 | Office meeting with client; review of STD and LTD plans | 2.00 |
| 8/04-9/04 | Preliminary research prior to filing of Complaint | 2.25 |
| 9/15/04 | Preparation and filing of Complaint | 1.50 |

| | | |
|---|---|---|
| 9/30/04 and 10/4/04 | Telephone conversations with Attorney Whelan; with Attorney Paterniti; sign and return Stipulation | .50 |
| 10/4/04 | Telephone conversation with Attorney Paterniti; sign and return Stipulation | .25 |
| 10/20/04 | Office meeting with client | 1.00 |
| 10/29/04 | Review of Defendant Citizens' Answer | .50 |
| 10/30/04 | Review of Defendant Liberty Life's Answer | .50 |
| 11/9/04 | Telephone conversation with Attorney Paterniti re: Pro Hac Vice Motion | .25 |
| 12/16/04 | Telephone conversation with Attorney Paterniti | .10 |
| 12/22/04 | Office meeting with client | 2.00 |
| 12/31/04 | Review of Plaintiff's medicals | 1.50 |
| 1/05 | Preparation of Plaintiff's Pretrial Statement | 3.00 |
| 1/11/05 | Review of file; telephone conversation with client | .75 |
| 1/12/05 | Pretrial conference with Judge Torres | 1.50 |
| 1/18/05 | Review of Pretrial Order | .50 |
| 1/18/05 | Correspondence with client | .50 |
| 1/31/05 | Correspondence to client | .25 |
| 1/31/05 | Review of administrative file | 3.50 |
| 2/7/05 | Telephone conversation with client | .25 |
| 2/7/05 | Telephone conversation with client | .50 |
| 2/8/05 | Preparation and filing of Plaintiff's Settlement Conference Statement | 1.50 |

| | | |
|---|---|---|
| 2/10/05 | Review of Liberty's and Citizens' Settlement Conference Statements | .75 |
| 2/15/05 | Telephone conversation with client | .25 |
| 2/16/05 | Settlement Conference with Magistrate Judge Almond | 2.00 |
| 3/05 | Telephone conversations; correspondence with Attorney Whelan and client re: potential settlement | 1.00 |
| 3/10/05 | Telephone conversation with client | .50 |
| 3/14/05 | Facsimile to Magistrate Judge Almond | .50 |
| 3/16/05 | Telephone conversation with client | .25 |
| 3/23/05 | Review of correspondence from Attorney Whelan; review with client | 1.00 |
| 3/29/05 | Correspondence with Magistrate Judge Almond and Attorney Whelan | .50 |
| 4/7/05 | Telephone conversations re: Joint Motion to Extend Pretrial Order | .10 |
| 5/5/05 | Summary Judgment Conference | 1.00 |
| 6/13/05 | Preparation of Summary Judgment Motion/Facts | 2.50 |
| 6/15/05 | Telephone conversations and correspondence with Attorney Paterniti re: STD claim | .75 |
| 6/23/05 – 6/24/05 | Review of Liberty Life's Motion for Summary Judgment and accompanying documents and case law | 4.25 |
| 6/23/05 – 6/24/05 | Review of Citizens' Motion and Memorandum for Summary Judgment and Undisputed Facts | 3.00 |
| 6/24/05 | Research and preparation on Plaintiff's Summary Judgment Motion; review of administrative record | 4.50 |

| | | |
|---|---|---|
| 6/27/05 | Research on Plaintiff's Motion for Summary Judgment; review of claims file | 3.00 |
| 6/28/05 | Telephone conversations; preparation and filing of Plaintiff's Joint Motion for Extension of Time | .75 |
| 6/29/05 | Preparation and research on Plaintiff's Motion for Summary Judgment | 3.50 |
| 7/5/05 | Preparation of Plaintiff's Motion for Summary Judgment and Objection to Defendant's Motion for Summary Judgment | 4.00 |
| 7/6/05 | Preparation of Plaintiff's Statement of Undisputed Facts | 2.50 |
| 7/11/05 | Research/preparation of Plaintiff's Motion for Summary Judgment | 3.00 |
| 7/13/05 | Research/preparation of Plaintiff's Motion | 1.50 |
| 7/15/05 | Preparation and filing of Plaintiff's Motion for Summary Judgment and Objection to Defendant's Motions | 2.50 |
| 7/15/05 | Correspondence to client | .10 |
| 7/25/05 | Assented to Motion re: Reply Memorandums | .25 |
| 8/8/05 – 8/10/05 | Review and research of Citizens Reply Memorandum and Objection to Plaintiff's Motion for Summary Judgment and Liberty's Objection/Reply to Plaintiff's Motion for Summary Judgment and Objections to Undisputed Facts | 3.75 |
| 8/10/05 | Research/preparation of Plaintiff's Objection to Citizens' and Liberty's Reply Memorandum | 2.00 |

| | | |
|---|---|---|
| 8/12/05 | Review of claim file re: Objection/preparation of Reply Memorandum | 1.50 |
| 8/12/05 | Preparation of Plaintiff's Affidavit | .50 |
| 9/16/05 | Review and research of Liberty's Motion to Strike and Memorandum | 2.00 |
| 9/21/05 – 9/23/05 | Preparation and filing of Plaintiff's Objection/Memorandum re: Defendant's Motion to Strike | 1.75 |
| 10/24/05 | Review in file of all Motions/ Memorandum | 3.00 |
| 10/25/05 | Final research and preparation for oral argument | 2.50 |
| 10/27/05 | Preparation for oral argument | 3.00 |
| 10/28/05 | Oral argument on Plaintiff's and Defendant's Motions for Summary Judgment; telephone conversation with client | 2.50 |
| 10/28/05 | Hearing on Cross Motions for Summary Judgment | 2.00 |
| | Miscellaneous telephone conversations with Attorneys of Record and client | 2.00 |
| | | 97.55 |

97.55 hours @ $200.00/hr. $ 19,510.00

MONICA HORAN, ESQ.

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

SUBSCRIBED AND SWORN to before me by the said MONICA HORAN, ESQ. on this 16 day of March, 2006.

Elaine P. Herveux
NOTARY PUBLIC