UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MAUREEN L. BEAUVAIS, Plaintiff, | ) | |
| v. | ) | C.A. No. 04-403T |
| CITIZENS FINANCIAL GROUP, INC., AND LIBERTY LIFE ASSURANCE COMPANY OF BOSTON Defendants. | ) | |

**DEFENDANT LIBERTY LIFE ASSURANCE COMPANY OF BOSTON'S RESPONSE AND OBJECTION TO PLAINTIFF'S MOTION FOR ATTORNEY'S FEES PURSUANT TO RULE 54(B) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

In response to the Court's Order of March 8, 2006, and the Judgment dated March 9, 2006, Plaintiff has filed a motion for attorney's fees pursuant to Rule 54(B) of the Federal Rules of Civil Procedure. Defendant Liberty Life Assurance Company of Boston ("Liberty Life") now responds and objects to that motion. Specifically, Liberty Life objects to the awarding of attorney's fees in this matter generally. Consistent with its objection to the Court's decision in this matter, Liberty Life has filed its Notice of Appeal of the Court's Order/Judgment in this matter, including the determination that Plaintiff is entitled to attorney's fees. As such, Liberty Life objects to any award of attorney's fees as requested in Plaintiff's motion prior to a decision on its appeal.

Moreover, in addition to its appeal of the underlying decision relating to the attorney's fees, and to the extent that the Court reviews Plaintiff's motion prior to a decision on the appeal in this case, Liberty Life opposes one of the itemized amounts of

attorney's fees in the Affidavit of Attorney Monica Horan. While Liberty Life does not challenge the other itemized entries, Liberty Life opposes the entries for time listed for work performed on October 28, 2005 because those entries plainly appear to be duplicative and in error. Plaintiff's motion has listed 2.50 hours for "Oral Argument on Plaintiff's and Defendant's Motions for Summary Judgment; telephone conversation with client," and also lists 2.00 hours for "Hearing on Cross Motions for Summary Judgment." These entries double count work performed relating to the attendance of counsel at the hearing or oral argument on the motions for summary judgment. Counsel for Liberty Life has discussed these duplicative entries with Plaintiff's counsel, who agreed to review them, but Liberty Life did not hear back from Plaintiff's counsel before the deadline for filing this response. Liberty Life now requests that Plaintiff withdraw one of the two entries and/or requests that the Court remove one of the entries should this motion be reviewed prior to a decision on Liberty Life's appeal in this case.

## CONCLUSION

For the reasons stated above, Liberty Life opposes the Court's decision and/or order and Plaintiff's motion relating to the awarding of attorney's fees in this case. Liberty Life hereby incorporates by reference its Notice of Appeal of this matter, including the appeal of the decision that Plaintiff is entitled to attorney's fees. Liberty Life further opposes the specific entries for October 28, 2005 in Plaintiff's motion for attorney's fees and requests that the Court not award fees for one of the two entries for that date, if the Court decides Plaintiff's motion before a decision on Liberty Life's appeal in this case.

Respectfully submitted,

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON
By its attorneys,

Anthony J. DiOrio (rwp)

Anthony J. DiOrio, R.I. Bar No. 3419
JACKSON LEWIS LLP
127 Dorrance Street
Providence, RI 02903
(401) 454-7700 telephone
(401) 454-8855 fax

Andrew C. Pickett
(Admitted *Pro Hac Vice*)
Richard W. Paterniti
(Admitted *Pro Hac Vice*)
JACKSON LEWIS LLP
75 Park Plaza
Boston, Massachusetts 02116
(617) 367-0025

DATED: March 29, 2006

## CERTIFICATE OF SERVICE

This hereby certifies that on this 29th day of March, 2006, a copy of the foregoing document was served upon Plaintiff's attorney, Monica Horan, Esq., 393 Armistice Boulevard, P.O. Box A, Pawtucket, RI 02861, and upon counsel for Citizens Financial Group, Inc., Joseph D. Whelan, Esq., Hinckley, Allen & Snyder, LLP, 1500 Fleet Center, Providence, RI 02903.

Anthony J. DiOrio (rwp)
Jackson Lewis LLP