UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MAUREEN L. BEAUVAIS, Plaintiff, | ) | |
| v. | ) | C.A. No. 04-403T |
| CITIZENS FINANCIAL GROUP, INC., AND LIBERTY LIFE ASSURANCE COMPANY OF BOSTON Defendants. | ) | |

**NOTICE OF APPEAL BY LIBERTY LIFE ASSURANCE COMPANY OF BOSTON**

Notice is hereby given that Defendant, Liberty Life Assurance Company of Boston ("Liberty Life"), appeals to the United States Court of Appeals for the First Circuit the Order/Judgment of the United States District Court, District of Rhode Island (Torres, J.) allowing Plaintiff's motion for summary judgment and denying Liberty Life's motion for summary judgment. Judgment was entered on March 9, 2006.

Respectfully submitted,

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

By its attorneys,

Anthony J. DiOrio (RWP)

Anthony J. DiOrio, R.I. Bar No. 3419
JACKSON LEWIS LLP
127 Dorrance Street
Providence, RI 02903
(401) 454-7700 telephone
(401) 454-8855 fax

Andrew C. Pickett
(Admitted *Pro Hac Vice*)
Richard W. Paterniti
(Admitted *Pro Hac Vice*)
JACKSON LEWIS LLP
75 Park Plaza
Boston, Massachusetts 02116
(617) 367-0025

DATED: March 29, 2006

**CERTIFICATE OF SERVICE**

This hereby certifies that on this 29th day of March, 2006, a copy of the foregoing document was served upon Plaintiff's attorney, Monica Horan, Esq., 393 Armistice Boulevard, P.O. Box A, Pawtucket, RI 02861, and upon counsel for Citizens Financial Group, Inc., Joseph D. Whelan, Esq., Hinckley, Allen & Snyder, LLP, 1500 Fleet Center, Providence, RI 02903, via overnight mail.

Anthony J. DiOrio (pwt)
Jackson Lewis LLP