UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

March 31, 2006

Clerk of the Court
United States Court of Appeals
One Courthouse Way, Suite 2235
Boston, MA 02210

RE: ***MAUREEN BEAUVAIS v. CITIZENS FINANCIAL GROUP, INC., ET AL.***
***USDC CA04-403T*** ***COA: NOT YET ASSIGNED*** 06-1569

Dear Clerk:

Enclosed herewith you will find a supplemental on appeal in the above entitled case.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David DiMarzio
Clerk of Court

BY: [signature]
Lucia Cristina Leyva
DEPUTY CLERK

encl.: Notice of Appeal (Document # 45); Copy of payment receipt; Certified docket.