UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MAUREEN L. BEAUVAIS | : | |
| | : | |
| VS | : | C.A. NO. 04-403T |
| | : | |
| CITIZENS FINANCIAL GROUP, INC., AND LIBERTY LIFE ASSURANCE COMPANY OF BOSTON | : | |

**NOTICE OF APPEAL BY CITIZENS FINANCIAL GROUP, INC.**

Notice is hereby given that Defendant Citizens Financial Group, Inc. ("Citizens") appeals to the United States Court of Appeals for the First Circuit the Order/Judgment of the United States District Court, District of Rhode Island (Torres, J.) allowing Plaintiff's motion for summary judgment and denying Citizens' motion for summary judgment. Judgment was entered on March 9, 2006.

CITIZENS FINANCIAL GROUP, INC.

By its Attorneys,

Joseph D. Whelan (#5694)
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, RI 02903
(401) 274-2000
(401) 277-9600)

Dated: April 10, 2006

**CERTIFICATION**

To:

Anthony J. DiOrio, Esq.
Jackson Lewis LLP
127 Dorrance Street
Providence, RI 02903

Andrew C. Pickett, Esq.
Ricahrd W. Paterniti, Esq.
Jackson Lewis LLP
75 Park Plaza
Boston, MA 02116

Monica Horan, Esq.
393 Armistice Boulevard
P.O. Box A
Pawtucket, RI 02861

I hereby certify that I mailed a copy of the within Notice of Appeal to counsel of record, as above, on the 10th day of April, 2006.

Cynthia Tomas

708215v1
(57010/123788)