CA 04-403 T

# United States Court of Appeals
## For the First Circuit

No. 06-1569

MAUREEN L. BEAUVAIS,
Plaintiff - Appellee,

v.

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,
Defendant - Appellant,

CITIZENS FINANCIAL GROUP, INC.,
Defendant.

**ORDER OF COURT**

Entered: April 12, 2006
Pursuant to 1st Cir. R. 27(d)

This court has docketed defendant Liberty Life Assurance Company of Boston's appeal from the judgment entered on March 13, 2006 in CA No. 04-00403 (D. R.I.) as Appeal No. 06-1569. On March 15, 2006, plaintiff filed a motion to amend the judgment in the district court. Pursuant to Fed. R. App. P. 4 (a)(4)(A), the notice of appeal from the March 13, 2006 judgment does not become effective until the district court disposes of the post-judgment motion.

Therefore, appellant is directed to file a status report by **May 12, 2006** and at thirty day intervals thereafter, informing this court of any action taken by the district court on the post-judgment motion. Further, the appellant is directed to inform this court whether or not it intends to file a notice of appeal from the district court's post-judgment order. See Fed. R. App. P. 4(a)(4)(B). While appellant is encouraged to proceed with ordering all necessary transcripts to pursue this appeal, the time to file a transcript order form is enlarged to 10 days after the district court disposes of the above-mentioned motion. See Fed. R. App. P. 4(b)(1).

Failure to comply with this order may lead to dismissal of this appeal for lack of diligent prosecution. Local Rule 3(b).

Once the district court rules on the motion to amend the judgment, it is directed to forward its decision to this court forthwith.

By the Court:
Richard Cushing Donovan, Clerk

By: MARGARET CARTER
Chief Deputy Clerk

[Certified Copy: Honorable Ernest C. Torres, David DiMarzio, Clerk, United States District Court for the District of Rhode Island]
[cc: Monica Horan, Esq., Joseph D. Whelan, Esq., Andrew C. Pickett, Esq., Richard W. Paterniti, Esq., Anthony J. DiOrio, Esq.]