04-403T

# United States Court of Appeals
## For the First Circuit

No. 06-1650

MAUREEN L. BEAUVAIS
Plaintiff - Appellee

v.

CITIZENS FINANCIAL GROUP, INC.
Defendant - Appellant

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON
Defendant

No. 06-1569

MAUREEN L. BEAUVAIS
Plaintiff - Appellee

v.

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON
Defendant - Appellant

CITIZENS FINANCIAL GROUP, INC.
Defendant

**ORDER OF COURT**

Entered: April 26, 2006
Pursuant to 1st Cir. R. 27(d)

Defendant Citizens Financial Group, Inc.'s appeal from the judgment entered on March 13, 2006 has been docketed as Appeal No. 06-1650. Appeal No. 06-1569 is defendant Liberty Life Assurance Company of Boston's appeal from the March 13, 2006 judgment. It is hereby ordered that Appeal Nos. 06-1569 and 06-1650 are consolidated for purposes of briefing and oral argument. Fed. R. App. P. 3(b)(2). The parties are directed to use the above caption on all future filings related to these cases.

On March 15, 2006, plaintiff filed a motion to amend the judgment in the district court. Pursuant to Fed. R. App. P. 4 (a)(4)(A), the notices of appeal from the March 13, 2006 judgment do not become effective until the district court disposes of the post-judgment motion.

Therefore, appellants are directed to file a joint status report by **May 26, 2006** and at thirty day intervals thereafter, informing this court of any action taken by the district court on the post-judgment motion. Further, appellants are directed to inform this court whether or not they intend to file a notice of appeal from the district court's post-judgment order. See Fed. R. App. P. 4(a)(4)(B). While appellants are encouraged to proceed with ordering all necessary transcripts to pursue this appeal, the time to file a transcript order form is enlarged to 10 days after the district court disposes of the above-mentioned motion. See Fed. R. App. P. 4(b)(1).

Failure to comply with this order may lead to dismissal of these appeals for lack of diligent prosecution. Local Rule 3(b).

Once the district court rules on the motion to amend the judgment, it is directed to forward its decision to this court forthwith.

By the Court:
Richard Cushing Donovan, Clerk

MARGARET CARTER

By: ______________________
Chief Deputy Clerk

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: MT Date 4/26/06

[Certified Copy: Honorable Ernest C. Torres, David DiMarzio, Clerk, United States District Court for the District of Rhode Island]
[cc: Monica Horan, Esq., Joseph D. Whelan, Esq., Andrew C. Pickett, Esq., Richard W. Paterniti, Esq., Anthony J. DiOrio, Esq.]