**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

MAUREEN BEAUVAIS,

Plaintiff

vs. C.A. No. 04-403T

LIBERTY LIFE ASSURANCE CO. OF BOSTON, ET AL.,

Defendants

**ORDER DENYING MOTION TO AMEND JUDGMENT AND AWARDING ATTORNEYS' FEES**

For reasons stated in open court on May 15, 2006, plaintiff's motion to amend the judgment is hereby denied. Plaintiff's motion for attorney's fees is hereby granted in the amount of $19,110.00. Payment of the awarded amount is stayed pending a decision by the First Circuit Court of Appeals as to the notices of appeal filed by Liberty Life Assurance Company of Boston and Citizens Financial Group, Inc.

By Order:

Deputy Clerk

ENTER:

Ernest C Torres

Chief Judge Ernest C. Torres

Date: 5/18/06