04-00403
USDC/RI
Torres, J

MANDATE

# United States Court of Appeals
## For the First Circuit

No. 06-1569

MAUREEN L. BEAUVAIS
Plaintiff - Appellee

v.

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON
Defendant - Appellant

CITIZENS FINANCIAL GROUP, INC.
Defendant

**JUDGMENT**

Entered: November 30, 2006
Pursuant to 1st Cir. R. 27(d)

Upon consideration of the parties' joint motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:
Richard Cushing Donovan, Clerk

MARGARET CARTER
By: ______________________
Chief Deputy Clerk

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

AH
**Deputy Clerk**

**Date:** 11/30/06

[cc: Monica Horan, Esq., Joseph D. Whelan, Esq., Andrew C. Pickett, Esq., Richard W. Paterniti, Esq., Anthony J. DiOrio, Esq.]