MANDATE

04-00403
USDC/RI
Torres, J

# United States Court of Appeals
## For the First Circuit

No. 06-1650

MAUREEN L. BEAUVAIS
Plaintiff - Appellee

v.

CITIZENS FINANCIAL GROUP, INC.
Defendant - Appellant

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON
Defendant

**JUDGMENT**

Entered: November 30, 2006
Pursuant to 1st Cir. R. 27(d)

Upon consideration of the parties' joint motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:
Richard Cushing Donovan, Clerk

MARGARET CARTER
By: ____________________
Chief Deputy Clerk

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

____________________
Deputy Clerk

Date: 11/30/06

[cc: Monica Horan, Esq., Joseph D. Whelan, Esq., Andrew C. Pickett, Esq., Richard W. Paterniti, Esq., Anthony J. DiOrio, Esq.]